# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY W. KINNEY                                    NO.   2024 CW 0477

VERSUS

LOUISIANA HEALTH SERVICE &                    **MAY 28, 2024**
INDEMNITY COMPANY

---

In Re:    Henry W. Kinney, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 747588.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

  **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

                          **JEW**
                          **EW**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT

*a.S&l*
_____
DEPUTY CLERK OF COURT
     FOR THE COURT